UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RODNEY RODRIGUEZ SHIPMAN,**

    *Plaintiff,*

v.    CASE NO. 5:15-cv-00133-MP-CJK

**UNITED STATES OF AMERICA, ET AL.,**

    *Defendants.*

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 17, 2016. ECF No. 75. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections on ECF No. 84, and Defendant Perry Cattau filed a response on ECF No. 85. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be not be adopted at this time. Plaintiff's complaint, ECF No. 11, alleges that he was sent to the emergency room and was treated by Defendant Dr. Cattau, an employee of Jackson Hospital; however, he fails to

allege Dr. Cattau was a contractor until his objections on ECF No. 84. Accordingly, the Court construes the objections as a motion to amend his complaint and will grant Plaintiff an opportunity to amend.

As to Plaintiff's objections to the state law claim, Plaintiff attempts to distinguish between federal and state actions before arguing that he does not intend to "abandon any federal claim, even if that claim must be evaluated on state law negligence standards." ECF No. 84 at 4. In other words, Plaintiff argues that his federal complaint is based on state law. This is a separate issue from whether he separately states a state law claim. Accordingly, the Court agrees with the Magistrate Judge's analysis in the Report and Recommendation, ECF No. 75, and finds that Plaintiff has abandoned any state law claim against Dr. Cattau, but he may pursue a federal claim based on state law.

Accordingly, it is hereby **ORDERED:**

1. Defendant Dr. Perry Cattau's Motion to Dismiss, ECF No. 25, is **DENIED**.

2. Plaintiff shall file an amended complaint on or before September 22, 2016.

3. This matter is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED on August 22, 2016.**

<span style="margin-left:3em">s/Mark E. Walker</span>
<span style="margin-left:3em">**United States District Judge**</span>

*Case No: 5:15-cv-00133-MP-CJK*