# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**RODNEY RODRIGUEZ SHIPMAN,**

    *Plaintiff,*

v.                                **CASE NO. 5:15-cv-00133-MP-CJK**

**UNITED STATES OF AMERICA, ET AL.,**

    *Defendants.*

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 6, 2016. ECF No. 73. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections on ECF No. 81, I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. With respect to the objections to the Magistrate Judge's rulings on the nondispositive issues, namely the requests for the appointment of counsel and the appointment of a medical expert, ECF Nos. 62, 72, the Court notes that under Federal Rule of Civil Procedure 72(a), if a party

objects to a Magistrate Judge's order on a nondispositive motion, the District Judge must "modify or set aside any portion of the order that is clearly erroneous or contrary to law." *Id.* After considering the objections, this Court concludes that the Magistrate Judge's ruling is not clearly erroneous or contrary to law.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, ECF No. 73, is adopted and incorporated by reference in this order.

2. Defendants United States of America, Dr. Hector Lopez, and MLP Nikki Albu-Gardner's (the "federal defendants") Motion to Dismiss, or in the alternative for summary judgment, ECF No. 57 is **GRANTED IN PART AND DENIED IN PART** as follows:
   a. Defendants Hector Lopez and Nikki Albu-Gardner's Motion to Dismiss Plaintiff's *Bivens* claims for failure to exhaust administrative remedies is GRANTED, and Plaintiff's *Bivens* claims are **DISMISSED WITH PREJUDICE**.
   b. Defendant United States of America's Motion to Dismiss, or in the alternative for summary judgment, on Plaintiff's Federal Tort Claims Act (FTCA) claim be **DENIED WITHOUT PREJUDICE**.

3. Plaintiff's request for summary judgment, ECF No. 69, is **DENIED WITHOUT PREJUDICE**, and Defendants' Motion to Strike Plaintiff's request for summary judgment, ECF No. 71, is **DENIED AS MOOT**.

4. Plaintiff's requests for the appointment of counsel and the appointment of a medical expert to assist him, ECF Nos. 62, 72, are **DENIED WITHOUT PREJUDICE**. The clerk will, however, be directed to forward this case to the Volunteer Lawyer Project for the Northern District, in order to determine if any lawyer is willing to review the case.

5. Plaintiff's Motion for Discovery, ECF No. 72 is D**ENIED AS MOOT** in light of the court's decision to re-open discovery.

6. The stay of discovery on Plaintiff's FTCA claim is **LIFTED**.

7. This case is remanded to the Magistrate Judge for further proceedings on Plaintiff's FTCA claim, including the re-opening of discovery and consideration of any renewed motions for summary judgment on that claim.

**SO ORDERED on September 15, 2016.**

                          <u>s/Mark E. Walker</u>
                          **United States District Judge**